| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:14CR00042-001-SLG |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00128-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Billy James Cooks 7019 Orange Grove Lane Las Vegas, Nevada 89119 | DISTRICT District of Alaska | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Sharon L. Gleason, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 6/30/2023 | TO 6/29/2028 |

OFFENSE
Count 1: Drug Trafficking Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)
Count 2: Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. § 1956(h)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant is currently being supervised by the District of Nevada since being released from custody. Client has stable employment and prosocial ties to the community with no intention of returning to the District of Alaska.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

2-16-24
Date

_____
Honorable Sharon L. Gleason, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 6, 2024
Effective Date

_____
Honorable Cristina D. Silva