UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>BILLY JAMES COOKS,<br><br>　　　　　Defendant | Case No. 2:24-cr-00128-CDS-MDC<br><br>**Order Approving Stipulation to Extend Time to File Reply**<br><br>[ECF No. 11] |

　　Based on the parties' stipulation, it is ordered that the deadline for the defendant to file his reply to the motion for early termination of supervised release is extended to June 4, 2025.

　　Dated: May 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3